IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,                                               Case No. 1:15-cr-2734-JMC

v.

ALEX MONTANO,

    Defendant.

## ORDER GRANTING AS FRAMED UNOPPOSED
## MOTION TO CONTINUE SENTENCING

On June 14, 2018, Defendant filed an Unopposed Motion to Continue Sentencing. In that motion, Defendant states that United States Probation has not completed the Presentence Investigation Report in this matter and that he does not waive the minimum required notice under Federal Rule of Criminal Procedure 32(e)(2). The sentencing hearing in this matter currently is scheduled on June 20, 2018. Defendant's counsel represents that the United States does not oppose the motion to continue the sentencing hearing in this matter.

FOR GOOD CAUSE SHOWN, this Court GRANTS Defendant's Unopposed Motion to Continue Sentencing Hearing (Doc. 56) and CONTINUES GENERALLY Defendant's Sentencing Hearing.

IT IS SO ORDERED.

                                               Entered for the Court
                                               this the 14th day of June, 2018

                                               /s/ Joel M. Carson III_____
                                               Joel M. Carson III
                                               United States Circuit Judge
                                               Sitting by Designation