IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

     Plaintiff,                         Case No. 1:15-cr-2734-JMC

v.

ALEX MONTANO,

     Defendant.

## ORDER GRANTING AS FRAMED UNOPPOSED
## MOTION TO CONTINUE SENTENCING

On July 22, 2018, Defendant filed an Unopposed Motion to Continue Sentencing. In that motion, Defendant states that United States Probation did not disclose the Presentence Investigation Report in this matter until July 16, 2018 and that he does not waive the minimum required notice under Federal Rule of Criminal Procedure 32(e)(2). The sentencing hearing in this matter currently is scheduled on August 2, 2018. Defendant's counsel represents that the United States does not oppose the motion to continue the sentencing hearing in this matter.

FOR GOOD CAUSE SHOWN, this Court GRANTS Defendant's Unopposed Motion to Continue Sentencing Hearing (Doc. 61) and CONTINUES GENERALLY Defendant's Sentencing Hearing.

IT IS SO ORDERED.

Entered for the Court
this the 23rd day of July, 2018

/s/ Joel M. Carson III
Joel M. Carson III
United States Circuit Judge
Sitting by Designation