UNITED STATES DISTRICT COURT, DISTRICT OF NEW MEXICO
**CONTINUED---SENTENCING MINUTE SHEET**

| | |
|---|---|
| CR No: 15-2734 JB | USA vs.: Montano |
| Date: 6/5/19 | Name of Deft: Alex Montano |
| Before the Honorable: James O. Browning | |
| Time In/Out: 10:19am-11:41am | Total Time in Court (for JS10): 1 hr 22 Minutes |
| Clerk: C. Bevel | Court Reporter: J. Bean |
| AUSA: Paul Mysliwiec | Defendant's Counsel: Wayne Baker |
| Sentencing in: Albuquerque | Interpreter: |
| Probation Officer: Mindy Pirkovic | Interpreter Sworn?   Yes   No |
| Convicted on: **x** Plea   Verdict | As to:   Information   **x** Indictment |
| If Plea:   Accepted   Not Accepted | Adjudged/Found Guilty on Counts: |
| If Plea Agreement:   Accepted   Not Accepted   No Plea Agreement | Comments: |
| Date of Plea/Verdict: 5/2/16 | PSR:   Not Disputed   Disputed   Courts adopts PSR Findings |
| Evidentiary Hrg:   Not Needed   Needed | Exceptions to PSR: |

**SENTENCE IMPOSED**   Imprisonment (BOP):

Supervised Release:                                    Probation:

| | |
|---|---|
| REC   500-Hour Drug Program   BOP Sex Offender Program   Other: | |
| ICE   Court recommends ICE begin removal proceedings immediately or during service of sentence   ICE not applicable | |

**SPECIAL CONDITIONS OF SUPERVISION**

| | |
|---|---|
| No re-entry without legal authorization | Home confinement for       months       days |
| Comply with ICE laws and regulation | Community service for 60 hours during supervised release. |
| Participate in/successfully complete subst abuse program/testing | Reside halfway house   6   months       days |
| Participate in/successfully complete mental health program | Register as sex offender |
| Refrain from use/possession of alcohol/intoxicants | Participate in sex offender treatment program |
| Submit to search of person/property | Possess no sexual material |
| No contact with victim(s) and/or co-defendant(s) | No computer with access to online services |
| No entering or loitering near victim's residence | No contact with children under 18 years |
| Provide financial information | No volunteering where children supervised |
| Waive right of confidentiality and allow the treatment provider to release treatment records | Restricted from occupation with access to children |
| Must not knowingly purchase, possess, distribute, administer, or otherwise use any psychoactive substances (e.g., synthetic marijuana, bath salts, etc.) that impair your physical or mental functioning, whether or not intended for human consumption. | No loitering within 100 feet of school yards |
| Must not possess, sell, offer for sale, transport, cause to be transported, cause to affect interstate commerce, import, or export any drug paraphernalia, as defined in 21 U.S.C. 863(d). | If defendant is unemployed - Must participate in an educational or vocational services program and follow the rules and regulations of that program |
| OTHER: | |

| | | | |
|---|---|---|---|
| Fine: $ 0 | | Restitution: $ 0 | |
| SPA: $ (100 per count) | | Payment Schedule:   Due Immediately   Waived | |

OTHER:

| | |
|---|---|
| Advised of Right to Appeal | Waived Appeal Rights per Plea Agreement |
| **x** Deft. On conditions of release | Voluntary Surrender |
| Recommended place(s) of incarceration: | |
| Dismissed Counts: | |

| | |
|---|---|
| OTHER COMMENTS: | Court addresses counsel regarding his knowledge of Reverend Mansfield<br>Court inclined not to impose 2 level reduction, sustain objection to paragraph 26.<br>Mr. Baker has nothing further.<br>Mr. Mysliwiec has nothing further<br>Court turns to 2 level enhancement 2D1.12, inclined to impose enhancement.<br>Court agrees with Mr. Mysliwiec and US Probation; objection overruled. 2 level enhancement is applicable. Court turns to safety valve eligibility.<br>Mr. Mysliwiec request recess to confer with criminal chief.<br>Court indicates defendant would need to re-plea before the US Magistrate.<br>Sentencing continued.<br>11:41am- Court in recess. |