IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | CRIMINAL NO. 15-2734-JB |
| ) | |
| vs. ) | |
| ) | |
| **ALEX MONTANO**, ) | |
| ) | |
| Defendant. ) | |

UNITED STATES' MOTION FOR § 3E1.1(b) DOWNWARD ADJUSTMENT

Pursuant to U.S.S.G. § 3E1.1(b), the United States moves for a one-level downward adjustment in the Defendant's sentencing guidelines offense level.

1. Pursuant to U.S.S.G. § 3E1.1(a), the Defendant has clearly demonstrated acceptance of responsibility for this offense. The Defendant has assisted authorities in the investigation or prosecution of this matter by timely notifying authorities of the Defendant's intention to enter a plea of guilty.

2. Prior to the operation of U.S.S.G. § 3E1.1(a), the Defendant's offense level was 16 or greater.

Respectfully submitted,

JOHN C. ANDERSON
United States Attorney

*/s/ signature*

PAUL J. MYSLIWIEC
Assistant U. S. Attorney
P.O. Box 607
Albuquerque, NM  87102
(505) 346-7472

I HEREBY CERTIFY that a true
copy of this Motion was provided
to Counsel for Defendant.